■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN GUZMAN, Appellant. [21 NYS3d 615]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered October 16, 2012, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant's claim that his guilty plea was invalid because the court gave an incomplete explanation of defendant's rights under *Boykin v Alabama* (395 US 238 [1969]) is a claim requiring preservation (*see People v Jackson*, 123 AD3d 634 [1st Dept 2014], *lv denied* 25 NY3d 1202 [2015]), and we decline to review this unpreserved claim in the interest of justice. Unlike the situation in *People v Tyrell* (22 NY3d 359, 364 [2013]), defendant had the opportunity to move to withdraw his plea or otherwise raise the issue, and the deficiency did not rise to the level of a mode of proceedings error. As an alternative holding, we find that the record as a whole establishes the voluntariness of the plea (*see Tyrell*, 22 NY3d at 365; *see also People v Harris*, 61 NY2d 9, 16-19 [1983]). Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.